### BROOM ET AL. V. HENMAN.

Interest not recoverable on an unliquidated book-debt.

ACTION of debt by book. Issue to the jury. The plaintiffs claimed interest on said debt after it became due, upon the ground that it was the general custom of merchants in New York, and had been their practice ever to charge and receive it; but by court and jury it was disallowed.

### FITCH, SHERIFF V. JONES ET AL.

On a bond to indemnify the sheriff against the default of a deputy, forty shillings allowed for every suit against the sheriff on his account, besides the cost.

ACTION on bond; conditioned to save the plaintiff harmless on account of his appointing James Reynolds his deputy; upon a hearing in damages the court allowed the plaintiff all his reasonable cost and forty shillings for each action, which had been brought against him for said Reynolds's default.